BEATRICE CLAY et al., Respondents, *v.* AUSTIN L. BROWN, as Administrator of the Estate of LOUISIANA BROWN, Deceased, Appellant.

(Argued March 13, 1934; decided April 17, 1934.)

*Samuel Seabury* and *Clarence R. Freeman* for appellant. *Charles H. Kelby* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.